UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA V. COOPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FAIRFIELD, et al.,<br><br>　　　　　Defendants. | No.  2:21–cv–1538–JAM-KJN PS<br><br>ORDER DISCHARGING OSC AND GRANTING EXTENSION OF TIME |

On August 26, 2021, defendants removed this case to this court and soon thereafter filed a motion to dismiss.  (ECF Nos. 1, 3.)  Defendants assert, among other things, plaintiff lacks standing to pursue her claims on behalf of her grandchildren, as she is without counsel and has not demonstrated she is the legal guardian for the children.  (ECF No. 3.)

The motion was noticed for an October 7, 2021 hearing before the undersigned,[1] obligating plaintiff's response by September 23, 2021.  Plaintiff failed to respond, and so the undersigned ordered her to show cause why the motion should not be granted and this case dismissed.  (ECF No. 4.)  On October 14, plaintiff responded to the OSC, asserting that she was unaware the case had been removed to federal court, as well as that she needed additional time to secure counsel to represent her and her grandchildren.  (ECF No. 5.)

---

[1] This action proceeds before the undersigned pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. Local Rule 302(c)(21).

1

The court appreciates plaintiff's candor regarding her situation, and grants her additional time to secure counsel and respond to defendants' motion. Plaintiff should be aware that, although the court refrains from ruling on the motion to dismiss at this time, defendants raise important issues that require resolution before the case can proceed. Plaintiff is encouraged to communicate with defense counsel about the status of her search for counsel, and if defense counsel finds it appropriate may work with plaintiff on additional stipulated extensions.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 3) is DISCHARGED;
2. Plaintiff's request for additional time to respond to defendants' motion (ECF No. 4) is GRANTED;
3. By November 18, 2021, plaintiff shall file with the court one of the following:
    a. Her new counsel's notice of appearance;
    b. A status update regarding her search for counsel; or
    c. A written opposition (or a statement of non-opposition) to the motion to dismiss; and
4. Failure to submit one of the above by the deadline will be deemed a statement of non-opposition and consent to the granting of defendants' motion, and may constitute an additional ground for the imposition of appropriate sanctions, including a recommendation that plaintiff's entire case be involuntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  October 18, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

coop.1538