UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA V. COOPER, | No.  2:21–cv–1538–JAM-KJN PS |
| Plaintiff, | <u>ORDER TO SHOW CAUSE</u> |
| v. | |
| CITY OF FAIRFIELD, et al., | |
| Defendants. | |

On August 26, 2021, defendants removed to this court.  (ECF No. 1.)  On September 2, defendants filed a motion to dismiss, noticing the motion for an October 7, 2021 hearing before the undersigned.[1]  (ECF No. 3.)  Plaintiff failed to file an opposition by the required deadline, and so the court vacated the hearing and provided her with an additional opportunity to respond by written filing.  (ECF No. 4.)  Plaintiff then requested an extension of time to respond, asserting she needed more time to find counsel. (ECF No. 5).  The extension was granted, and in November 2021, the parties stipulated to a further extension.  (ECF Nos. 6, 7.)  Under the stipulation, plaintiff was required to update the court as to the status of her search by January 13, 2022.  (ECF No. 8.)  This deadline passed without a response from plaintiff.

///

---

[1] This action proceeds before the undersigned pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. Local Rule 302(c)(21).

1

Plaintiff is now ORDERED TO SHOW CAUSE regarding her failure to follow a court order—namely, to keep the court informed on whether she has found counsel or whether she plans to oppose defendants' motion to dismiss.  Given plaintiff's previous failure to file timely opposition, the court provides plaintiff with three options:

1. Cause her attorney to file a notice of appearance and notice of intent regarding the motion to dismiss; or
2. File opposition to the motion to dismiss herself; or
3. File a voluntary dismissal of this case under Rule 41(a)(1)(A)(i), which would preserve her right to refile the case at a future date (depending upon any statutes of limitation).

Plaintiff shall do one of these things within 21 days of this order.  Further failure to respond will be construed as plaintiff's consent to dismissal of her case.  See Local Rule 230(c) ("Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the [] hearing date.  A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion.").

**ORDER**

Accordingly, it is hereby ORDERED:

1. Plaintiff shall respond to this order within 21 days; and
2. The initial status conference, scheduled for January 27, 2022, is VACATED.

Dated:  January 19, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

coop.1538

2