KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
MARIA NOZZOLINO, State Bar No. 302368
mnozzolino@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF FAIRFIELD (erroneously sued herein as CITY
OF FAIRFIELD and FAIRFIELD POLICE
DEPARTMENT AND ITS OFFICERS)

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA V. COOPER, individually and as successor-in-interest to ZACHARY T. ROBINSON; and as Guardian Ad item for minors Z.R.; Z.R., JR.; and D.R.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD; FAIRFIELD POLICE DEPARTMENT AND ITS OFFICERS; OFFICER KENNAN SIEVERS; OFFICER MATTHEW THOMAS; and Does 1-100<br><br>Defendants. | Case No. 2:21-cv-01538-JAM-KJN<br><br>**JOINT STATUS REPORT; ORDER** |

506166.1

Pursuant to the Court's order (Dkt. No. 17), the parties met-and-conferred on April 1, 2022. They now submit this Joint Status Report.

Plaintiff intends to file a First Amended Complaint ("FAC"). The parties agree the deadline to file the FAC shall be Friday, May 6, 2022. They further agree Defendants shall have 21 days to respond to the FAC.

Dated:  April 6, 2022

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By:  ___/s/ Maria Nozzolino_____
KEVIN P. ALLEN
MARIA NOZZOLINO
Attorneys for Defendants
CITY OF FAIRFIELD (erroneously sued
herein as CITY OF FAIRFIELD and
FAIRFIELD POLICE DEPARTMENT AND
ITS OFFICERS)

Dated:  April 6, 2022

VARLACK LEGAL SERVICES

By:  ___/s/ Tiega Varlack*_____
TIEGA VARLACK
Attorneys for Plaintiff
PATRICIA COOPER, individually and as
successor-in-interest to Zachary T. Robinson;
and as Guardian Ad item for minors Z.R.; Z.R.,
Jr.; and D.R.

*Ms. Varlack gave her consent to file this document via CM-ECF.

## ORDER

The Court orders as follows: A First Amended Complaint ("FAC") shall be filed no later than Friday, May 6, 2022. Defendants' responsive pleading is due 21 days after the FAC is filed.

**IT IS SO ORDERED.**

DATED:  April 7, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

506166.1