Tiega-Noel Varlack, Esq. (SBN 248203)
**VARLACK LEGAL SERVICES**
1290 B. Street, Suite 208
Hayward, CA 94541
Phone:  (510) 397-2008
Fax:  (510) 397-2997
E-mail: tiega@varlacklegal.com

Attorney for the Plaintiffs,

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA COOPER<br><br>               Plaintiffs,<br><br>     v.<br><br>CITY OF FAIRFIELD, et al.<br><br>               Defendants. | Case No.: 2:21-cv-1538-JAM-KJN<br><br>PETITION FOR GUARDIAN AD LITEM; AND ORDER |

PETITIONER, ZR by and through her grandmother PATRICIA COOPER respectfully presents:

1. Petitioner is a minor.

2. Petitioner is the granddaughter of PATRICIA COOPER. PATRICIA COOPER has custody of petitioner.

3. The minor has a cause of action against the above-named defendant on which a suit should be brought in this court. The cause of action arises under the provisions of the US Code Section 1983 *et seq*.

4. The petitioner has no guardian of her estate.

///

5. PATRICIA COOPER is willing to serve as guardian ad litem of the petitioner and is fully competent to understand and protect the rights of the minor and to have no interest adverse to that of the minor.

6. Petitioner has contracted with Tiega-Noel Varlack, Varlack Legal Services, 1290 B Street, suite 208, Hayward, California to prosecute the cause of action for the minor.

WHEREFORE, petitioner prays that PATRICIA COOPER, or some other proper person can be appointed as guardian ad litem for ZR to prosecute the above-described cause of action on behalf of ZR.

DATED:

RESPECTFULLY SUBMITTED.

_____
PATRICIA COOPER

**VARLACK LEGAL SERVICES**

_____
**TIEGA-NOEL VARLACK, ESQ.**

**VERIFICATION**

I, PATRICIA COOPER, am the grandmother of the petitioner in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge, except as to those matters which are presented on an information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:

_____
PATRICIA COOPER

**CONSENT OF APPOINTMENT**

I hereby consent to act as guardian ad litem for the minor ZR.

_____
PATRICIA COOPER

**ORDER APPOINTING GUARDIAN AD LITEM**

The court having considered the petition of ZR for the appointment of PATRICIA COOPER as guardian ad litem for ZR who is a minor. (ECF No. 15.) Good cause appearing, IT IS HEREEBY ORDERED that PATRICIA COOPER is appointed as guardian ad litem for ZR, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

Dated: June 2, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

coop.1538