Tiega-Noel Varlack, Esq. (SBN 248203)
**VARLACK LEGAL SERVICES**
1290 B. Street, Suite 208
Hayward, CA 94541
Phone: (510) 397-2008
Fax: (510) 397-2997
E-mail: tiega@varlacklegal.com

Attorney for the Plaintiffs,

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| PATRICIA COOPER | Case No.: 2:21-cv-1538-JAM-KJN |
|---|---|
| Plaintiffs, | |
| v. | PETITION FOR GUARDIAN AD LITEM; AND ORDER |
| CITY OF FAIRFIELD, et al. | |
| Defendants. | |

PETITIONER, ZTR by and through his mother PORSCHA CASTILLO respectfully presents:

1. Petitioner is a minor.

2. Petitioner is the son of PORSCHA CASTILLO. PORSCHA CASTILLO has custody of petitioner.

3. The minor has a cause of action against the above-named defendant on which a suit should be brought in this court. The cause of action arises under the provisions of US Code Section 1983 et seq.

4. The petitioner has no guardian of his estate in this matter.

///

5. PORSCHA CASTILLO is willing to give PATRICIA COOPER authority to serve as guardian ad litem of the petitioner and is fully competent to understand and protect the rights of the minor and to have no interest adverse to that of the minor.

6. The appointment of PATRICIA COOPER as guardian ad litem is limited to only the lawsuit in question.

7. PATRICIA COOPER is not the guardian of the estate for any other matter, specifically the matters listed below:

   a. Contra Costa County (Case No: MSP20-00193)

   b. Sacramento County (Case No. 34-2020-00283333)

8. Petitioner and his mother, PORSCHA CASTILLO, shall not be responsible for any fees, costs, penalties that PATRICIA COOPER has to pay to her attorney, the court, or the defendants in the case.

9. Petitioner has contracted with Tiega-Noel Varlack, Varlack Legal Services, 1290 B Street, suite 208, Hayward, California to prosecute the cause of action for the minor.

WHEREFORE, petitioner prays that PATRICIA COOPER, or some other proper person can be appointed as guardian ad litem for ZTR to prosecute the above-described cause of action on behalf of ZTR.

DATED:

RESPECTFULLY SUBMITTED.

_____
PORSCHA CASTILLO

**VARLACK LEGAL SERVICES**

_____
**TIEGA-NOEL VARLACK, ESQ.**

**VERIFICATION**

I, **PORSCHA CASTILLO**, am the mother of the petitioner in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge, except as to those matters which are presented on an information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:

_____
PORSCHA CASTILLO

**CONSENT OF APPOINTMENT**

I hereby consent to act as guardian ad litem for the minor DAR.

_____
PATRICIA COOPER

**ORDER APPOINTING GUARDIAN AD LITEM**

The court having considered the petition of ZTR for the appointment of PATRICIA COOPER as guardian ad litem for ZTR who is a minor. (ECF No. 23.) Good cause appearing, IT IS HEREEBY ORDERED that PATRICIA COOPER is appointed as guardian ad litem for ZTR, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

Dated: June 2, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

coop.1538

3

PETITION FOR GUARDIAN AD LITEM; AND ORDER