1    KEVIN P. ALLEN, State Bar No. 252290
     kallen@aghwlaw.com
2    WILL ASPINWALL, State Bar No. 308919
     waspinwall@aghwlaw.com
3    ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
     180 Montgomery Street, Suite 1200
4    San Francisco, CA  94104
     Telephone:    (415) 697-2000
5    Facsimile:    (415) 813-2045

6    Attorneys for Defendant
     CITY OF FAIRFIELD (erroneously sued herein as CITY
7    OF FAIRFIELD and FAIRFIELD POLICE
     DEPARTMENT AND ITS OFFICERS)

8

9                        UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12   PATRICIA V. COOPER, individually and    Case No. 2:21-cv-01538-JAM-KJN
     as successor-in-interest to ZACHARY T.
13   ROBINSON; and as Guardian Ad item for   **STIPULATION TO FURTHER EXTENSION**
     minors ZARYIAH ROBINSON;                **OF TIME REGARDING RESPONSIVE**
14   ZACHARY ROBINSON, JR.; and              **PLEADING TO SECOND AMENDED**
     DALLAS ROBINSON,                        **COMPLAINT**
15
                         Plaintiff,
16                                           Judge:    Hon. John A. Mendez
             v.
17
     CITY OF FAIRFIELD; FAIRFIELD
18   POLICE DEPARTMENT AND ITS
     OFFICERS; OFFICER KENNAN
19   SIEVERS; OFFICER MATTHEW
     THOMAS; and Does 1-100
20
                         Defendants.
21

22       **WHEREAS** Plaintiffs filed a pleading captioned as their "Second" Amended

23   Complaint ("SAC") on October 11, 2022;

24       **WHEREAS** counsel for Plaintiffs and counsel for Defendants met-and-conferred on

25   October 24, 2022, regarding Defendants' intention to file a motion to dismiss SAC under

26   Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may

27   be granted;

28

                                        1
                                                              STIPULATION-SAC
                                                              2:21-CV-01538

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

544893.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**WHEREAS,** based on the October 24, 2022 meet-and-confer call, the parties filed a Stipulation for Extension of Time to File Responsive Pleading and [Proposed] Order pursuant to Local Rule 144(a), with the understanding that Plaintiffs may dismiss one or more of the five causes of action alleged in their SAC, thereby making Defendants' proposed motion to dismiss unnecessary. That stipulation was filed on October 27, 2022 (Dkt. No. 34);

**WHEREAS,** between October 27th and November 9th, Defendants' counsel continued to follow-up with Plaintiffs' counsel to meet-and-confer regarding the proposed dismissal, reaching-out via voicemails and email;

**WHEREAS** Plaintiffs' counsel, on November 9, 2022, requested an additional week to consult with her clients regarding their decision to file a further amended complaint dismissing one or more of the five causes of action alleged in their SAC;

**WHEREAS,** in order to conserve limited judicial resources, Defendants stipulate to extend their time for filing a responsive pleading until November 21, 2022, so that Plaintiffs might resolve the issues identified by Defendants in the parties' meet-and-confer;

**WHEREAS,** Defendants' current deadline to file a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) is November 14, 2022;

///
///
///
///
///
///
///
///
///
///
///

2

544893.1

**WHEREAS**, the parties state that pursuant to Local Rule 144(b), this is the second extension of time the parties have requested on this subject and Defendants will not seek a further extension regarding their responsive pleading to the SAC;

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that Defendants' deadline to file a responsive pleading be extended an additional week (up to and including November 21, 2022) to file a responsive pleading.

DATED:  November 10, 2022          ___/s/ Tiega-Noel Varlack____
                                   TIEGA-NOEL VARLACK
                                   Attorney for Plaintiff PATRICIA V.
                                   COOPER et al.


DATED:  November 10, 2022          ___/s/ William Aspinwall_____
                                   WILLIAM ASPINWALL
                                   Attorney for Plaintiff CITY OF
                                   FAIRFIELD et al.


**IT IS SO ORDERED.**


DATED:  November 10, 2022          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

STIPULATION-SAC
2:21-CV-01538

544893.1