UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA V. COOPER,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY OF FAIRFIELD, ET AL.,<br><br>         Defendant(s). | No.  2:21-cv-01538-JAM-KJN<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |

     Before this Court is Plaintiff's Motion (ECF No. 60) for Relief of the Court's January 30, 2023 Judgment (ECF No. 54).

     First, Plaintiff's Motion is dismissed because Plaintiff failed to comply with the Court's Order re Filing Requirements. See ECF No. 30-2.  That Order requires "counsel contemplating the filing of any motion... shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." Id. at 2.  The Order also requires counsel for the moving party to include a statement in the notice of the motion attesting that the meet and confer requirement has been met. Id.  Plaintiff did not comply with these requirements.

1

Second, turning to the merits of the Motion, Plaintiff is not entitled to relief. Plaintiff claims there was a mistake in the Court's judgment under Federal Rules of Civil Procedure Rule 60(b)(1), but fails to provide any information as to what the mistake is. Mot. at 4-5. Additionally, Plaintiff argues there is newly discovered evidence under Rule 60(b)(2) because she "uncovered new information about the pit maneuvers." Id. at 4:15-16. Plaintiff fails to describe what this new information is, why she was unable to discover it before with reasonable diligence, and whether this information is material. Rather, Plaintiff states relief is needed because she needs to locate a new expert to inspect the motorcycle involved in the case. Id. at 5. This is not evidence. For all these reasons, Plaintiff's motion for relief is denied.

IT IS SO ORDERED.

Dated: January 3, 2024

JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2